LEON SILVERBERG et al., Appellants, *v.* EDWIN S. SCHWEIG et al., Respondents.

Submitted June 2, 1941; decided June 12, 1941.

*Anthony T. Antinozzi* for motion to dismiss appeal and in opposition to motion by appellants.

*Joseph A. Jacobson* in opposition to motion to dismiss appeal and for motion by appellants for leave to prosecute appeal as poor persons.

Motion to dismiss appeal denied.

Motion for leave to prosecute appeal as poor persons granted.